# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22357-GLT |
| | : | |
| Matthew A Manges and | : | CHAPTER 13 |
| Christina L Manges, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

April 18, 2019 – Husband

May 2, 2019

May 16, 2019

May 30, 2019

**Next Payment Advice Expected (post-filing):**

June 13, 2019 – Husband

C.B. MANGES, MATTHEW A AND CHRISTINA L



| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Manges, Matthew Allen | CIGNA Behavioral Health, Inc. | | | 381536 | 04/07/2019 | 04/20/2019 | 04/18/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,048.81 | 526.26 | 554.35 | 340.32 | 1,627.88 |
| YTD | 604.00 | 24,738.26 | 4,196.28 | 4,569.57 | 1,977.12 | 13,995.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Refer A Friend | | | 0 | | 500.00 | OASDI | 167.84 | 1,364.27 |
| Cigna Champ Grossup | | | 0 | | 78.52 | Medicare | 39.25 | 319.06 |
| GTL Imp Inc (Regular) | 04/07/2019 - 04/20/2019 | 0 | 0 | 1.59 | 12.72 | Federal Withholding | 233.32 | 1,960.33 |
| PTO Pay | | | 0 | | 1,358.52 | State Tax - PA | 83.06 | 675.16 |
| Regular Pay | 04/07/2019 - 04/20/2019 | 80 | 0 | 3,048.81 | 22,801.22 | SUI-Employee Paid - PA | 1.83 | 14.84 |
| | | | | | | City Tax - NFAYE | 27.05 | 219.91 |
| | | | | | | PA LST - NFAYE | 2.00 | 16.00 |
| Earnings | | | | 3,050.40 | 24,750.98 | Employee Taxes | 554.35 | 4,569.57 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Contribution | 182.93 | 1,449.64 | 401K (LOAN01) | 15.43 | 123.44 |
| Supplemental LTD (Regular) | 3.35 | 26.80 | 401K (LOAN02) | 11.21 | 89.68 |
| Dental (Regular) | 18.70 | 149.60 | 401K Roth Contrib | 91.47 | 724.86 |
| HSA Cont (Regular) | 57.69 | 461.52 | Accidental Inj Ins (Regular) | 11.93 | 95.44 |
| Medical (Regular) | 254.52 | 2,036.16 | Critical Illness Ins (Regular) | 6.79 | 54.32 |
| Vision (Regular) | 9.07 | 72.56 | Details Not Displayed | 203.49 | 889.38 |
| Pre Tax Deductions | 526.26 | 4,196.28 | Post Tax Deductions | 340.32 | 1,977.12 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 137.20 | 1,087.22 | OASDI - Taxable Wages | 2,707.07 | 22,004.34 |
| Dental ER (Regular) | 21.71 | 173.68 | Medicare - Taxable Wages | 2,707.07 | 22,004.34 |
| Qtrly HSA ER-Family | | 750.00 | Federal Withholding - Taxable Wages | 2,524.14 | 20,554.70 |
| Medical ER (Regular) | 650.60 | 5,204.80 | | | |
| Employer Paid Benefits | 809.51 | 7,215.70 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Bought PTO | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | USA Paid Time Off Plan | 5.54 | 0 | 8.32 |
| | | | USA United Way Day Time Off Plan | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| 043306826 | 043306826 ******3417 | ******3417 | | 1,627.88 USD |



CIGNA Behavioral Health, Inc.   1601 Chestnut St Philadelphia, PA 19192

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Manges, Matthew Allen | CIGNA Behavioral Health, Inc. | 381536 | 04/21/2019 | 05/04/2019 | 05/02/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,048.81 | 526.26 | 554.36 | 276.57 | 1,691.62 |
| YTD | 684.00 | 27,787.07 | 4,722.54 | 5,123.93 | 2,253.69 | 15,686.91 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Refer A Friend | | | 0 | | 500.00 | OASDI | 167.84 | 1,532.11 |
| Cigna Champ Grossup | | | 0 | | 78.52 | Medicare | 39.26 | 358.32 |
| GTL Imp Inc (Regular) | 04/21/2019 - 05/04/2019 | 0 | 0 | 1.59 | 14.31 | Federal Withholding | 233.32 | 2,193.65 |
| PTO Pay | | | 0 | | 1,358.52 | State Tax - PA | 83.06 | 758.22 |
| Regular Pay | 04/21/2019 - 05/04/2019 | 80 | 0 | 3,048.81 | 25,850.03 | SUI-Employee Paid - PA | 1.83 | 16.67 |
| | | | | | | City Tax - NFAYE | 27.05 | 246.96 |
| | | | | | | PA LST - NFAYE | 2.00 | 18.00 |
| Earnings | | | | 3,050.40 | 27,801.38 | Employee Taxes | 554.36 | 5,123.93 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Contribution | 182.93 | 1,632.57 | 401K (LOAN01) | 15.43 | 138.87 |
| Supplemental LTD (Regular) | 3.35 | 30.15 | 401K (LOAN02) | 11.21 | 100.89 |
| Dental (Regular) | 18.70 | 168.30 | 401K Roth Contrib | 91.47 | 816.33 |
| HSA Cont (Regular) | 57.69 | 519.21 | Accidental Inj Ins (Regular) | 11.93 | 107.37 |
| Medical (Regular) | 254.52 | 2,290.68 | Critical Illness Ins (Regular) | 6.79 | 61.11 |
| Vision (Regular) | 9.07 | 81.63 | Details Not Displayed | 139.74 | 1,029.12 |
| Pre Tax Deductions | 526.26 | 4,722.54 | Post Tax Deductions | 276.57 | 2,253.69 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 137.20 | 1,224.42 | OASDI - Taxable Wages | 2,707.07 | 24,711.41 |
| Dental ER (Regular) | 21.71 | 195.39 | Medicare - Taxable Wages | 2,707.07 | 24,711.41 |
| Qtrly HSA ER-Family | | 750.00 | Federal Withholding - Taxable Wages | 2,524.14 | 23,078.84 |
| Medical ER (Regular) | 650.60 | 5,855.40 | | | |
| Employer Paid Benefits | 809.51 | 8,025.21 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Bought PTO | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | USA Paid Time Off Plan | 5.54 | 0 | 13.86 |
| | | | USA United Way Day Time Off Plan | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| 043306826 | 043306826 ******3417 | ******3417 | | 1,691.62  USD |

## Cigna

CIGNA Behavioral Health, Inc.  1601 Chestnut St Philadelphia, PA 19192

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Manges, Matthew Allen | CIGNA Behavioral Health, Inc. | 381536 | 05/05/2019 | 05/18/2019 | 05/16/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.00 | 3,048.82 | 526.26 | 554.35 | 251.68 | 1,716.53 |
| YTD | 748.00 | 30,835.89 | 5,248.80 | 5,678.28 | 2,505.37 | 17,403.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Refer A Friend | | | 0 | | 500.00 |
| Cigna Champ Grossup | | | 0 | | 78.52 |
| GTL Imp Inc (Regular) | 05/05/2019 - 05/18/2019 | 0 | 0 | 1.59 | 15.90 |
| PTO Pay | 05/05/2019 - 05/18/2019 | 16 | 38.1101 | 609.77 | 1,968.29 |
| Regular Pay | 05/05/2019 - 05/18/2019 | 64 | 0 | 2,439.05 | 28,289.08 |
| Earnings | | | | 3,050.41 | 30,851.79 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 167.84 | 1,699.95 |
| Medicare | 39.25 | 397.57 |
| Federal Withholding | 233.32 | 2,426.97 |
| State Tax - PA | 83.06 | 841.28 |
| SUI-Employee Paid - PA | 1.83 | 18.50 |
| City Tax - NFAYE | 27.05 | 274.01 |
| PA LST - NFAYE | 2.00 | 20.00 |
| Employee Taxes | 554.35 | 5,678.28 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution | 182.93 | 1,815.50 |
| Supplemental LTD (Regular) | 3.35 | 33.50 |
| Dental (Regular) | 18.70 | 187.00 |
| HSA Cont (Regular) | 57.69 | 576.90 |
| Medical (Regular) | 254.52 | 2,545.20 |
| Vision (Regular) | 9.07 | 90.70 |
| Pre Tax Deductions | 526.26 | 5,248.80 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (LOAN01) | 15.43 | 154.30 |
| 401K (LOAN02) | 11.21 | 112.10 |
| 401K Roth Contrib | 91.47 | 907.80 |
| Accidental Inj Ins (Regular) | 11.93 | 119.30 |
| Critical Illness Ins (Regular) | 6.79 | 67.90 |
| Details Not Displayed | 114.85 | 1,143.97 |
| Post Tax Deductions | 251.68 | 2,505.37 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 137.20 | 1,361.62 |
| Dental ER (Regular) | 21.71 | 217.10 |
| Qtrly HSA ER-Family | | 750.00 |
| Medical ER (Regular) | 650.60 | 6,506.00 |
| Employer Paid Benefits | 809.51 | 8,834.72 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,707.08 | 27,418.49 |
| Medicare - Taxable Wages | 2,707.08 | 27,418.49 |
| Federal Withholding - Taxable Wages | 2,524.15 | 25,602.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Bought PTO | 0 | 0 | 0 |
| USA Paid Time Off Plan | 5.54 | 16 | 3.4 |
| USA United Way Day Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| 043306826 | 043306826 ******3417 | ******3417 | | 1,716.53 USD |

## Cigna

CIGNA Behavioral Health, Inc.   1601 Chestnut St Philadelphia, PA 19192

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Manges, Matthew Allen | CIGNA Behavioral Health, Inc. | 381536 | 05/19/2019 | 06/01/2019 | 05/30/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,048.81 | 526.26 | 554.34 | 230.60 | 1,737.61 |
| YTD | 828.00 | 33,884.70 | 5,775.06 | 6,232.62 | 2,735.97 | 19,141.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Refer A Friend | | | 0 | | 500.00 |
| Cigna Champ Grossup | | | 0 | | 78.52 |
| GTL Imp Inc (Regular) | 05/19/2019 - 06/01/2019 | 0 | 0 | 1.59 | 17.49 |
| PTO Pay | | | 0 | | 1,968.29 |
| Regular Pay | 05/19/2019 - 06/01/2019 | 80 | 0 | 3,048.81 | 31,337.89 |
| Earnings | | | | 3,050.40 | 33,902.19 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 167.83 | 1,867.78 |
| Medicare | 39.25 | 436.82 |
| Federal Withholding | 233.32 | 2,660.29 |
| State Tax - PA | 83.06 | 924.34 |
| SUI-Employee Paid - PA | 1.83 | 20.33 |
| City Tax - NFAYE | 27.05 | 301.06 |
| PA LST - NFAYE | 2.00 | 22.00 |
| Employee Taxes | 554.34 | 6,232.62 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Contribution | 182.93 | 1,998.43 |
| Supplemental LTD (Regular) | 3.35 | 36.85 |
| Dental (Regular) | 18.70 | 205.70 |
| HSA Cont (Regular) | 57.69 | 634.59 |
| Medical (Regular) | 254.52 | 2,799.72 |
| Vision (Regular) | 9.07 | 99.77 |
| Pre Tax Deductions | 526.26 | 5,775.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K (LOAN01) | 15.43 | 169.73 |
| 401K (LOAN02) | 11.21 | 123.31 |
| 401K Roth Contrib | 91.47 | 999.27 |
| Accidental Inj Ins (Regular) | 11.93 | 131.23 |
| Critical Illness Ins (Regular) | 6.79 | 74.69 |
| Details Not Displayed | 93.77 | 1,237.74 |
| Post Tax Deductions | 230.60 | 2,735.97 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 137.20 | 1,498.82 |
| Dental ER (Regular) | 21.71 | 238.81 |
| Qtrly HSA ER-Family | | 750.00 |
| Medical ER (Regular) | 650.60 | 7,156.60 |
| Employer Paid Benefits | 809.51 | 9,644.23 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,707.07 | 30,125.56 |
| Medicare - Taxable Wages | 2,707.07 | 30,125.56 |
| Federal Withholding - Taxable Wages | 2,524.14 | 28,127.13 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Bought PTO | 0 | 0 | 0 |
| USA Paid Time Off Plan | 5.54 | 0 | 8.94 |
| USA United Way Day Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| 043306826 | 043306826 ******3417 | ******3417 | | 1,737.61 USD |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22357-GLT |
| | : | |
| Matthew A. Manges and | : | CHAPTER 13 |
| Christina L. Manges, | : | |
|     Debtors | : | |
| | : | |
| Matthew A. Manges, | : | |
|     Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Matthew A. Manges**, hereby state as follows:

1.) I am employed at Cigna Behavioral Health Inc where I bring home an average of $4,623.67 per month.
2.) I also receive a Pension in the amount of $132.58 per month.
3.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 8, 2019                            /s/ Matthew A. Manges
                                              Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-22357-GLT |
| | : | |
| Matthew A. Manges and | : | CHAPTER 13 |
| Christina L. Manges, | : | |
| Debtors | : | |
| | : | |
| Christina L. Manges, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Christina L. Manges**, hereby state as follows:

1.) I am unemployed therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 8, 2019          /s/ Christina L. Manges
                            Debtor