| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew A. Manges** | Social Security number or ITIN | xxx–xx–7282 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christina L. Manges** | Social Security number or ITIN | xxx–xx–3354 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 6/12/19 |
| Case number: | 19–22357–GLT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Matthew A. Manges | Christina L. Manges |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14 Shady Avenue<br>Burgettstown, PA 15021 | 14 Shady Avenue<br>Burgettstown, PA 15021 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/9/19 |

**For more information, see page 2**

Debtor **Matthew A. Manges** and **Christina L. Manges**    Case number **19–22357–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 5, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/4/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/21/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/9/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/5/19** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22357-GLT
Matthew A. Manges                                                     Chapter 13
Christina L. Manges
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 309I           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db/jdb       +Matthew A. Manges,    Christina L. Manges,    14 Shady Avenue,    Burgettstown, PA 15021-1032
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15069086     +Aaa Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
15069091     +Collection Service Center,    Po Box 2060,    Fairmont, WV 26555-2060
15069390     +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
15069093     +Credit Acceptance Corporation,    Po Box 5070,    Southfield, MI 48086-5070
15069090    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court:  Ccs / First Savings Bank,    500 East 60th Street North,
               Sioux Falls, SD 57104)
15083064     +FlexShopper LLC,    901 Yamato Road,    Suite 260,    Boca Raton FL 33431-4497
15076818     +FlexShopper, LLC,    901 Yamato Rd., Ste. 201,    Boca Raton, FL 33431-4497
15069095     +KML Law Group PC,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
15069097     +Mikhail Mona MD,    1385 Washington Road,    # 102,    Washington, PA 15301-9784
15069098     +Nationwide Recovery,    3000 Kellway Drive,    Carrollton, TX 75006-3304
15069100     +Select Portfolio Servicing,    10401 Deerwood Park Boulevard,    Jacksonville, FL 32256-5007
15083065     +Snap RTO LLC,    PO Box 26561,    Salt Lake City UT 84126-0561
15069104     +Washington Health System,    Ob-Gyn Associates,    104 Wellness Way,    Building 2,
               Washington, PA 15301-9706
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: dan@mrdebtbuster.com Jul 10 2019 02:57:47      Daniel P. Foster,
               Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2019 02:58:02      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 10 2019 02:58:05
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr           +EDI: PRA.COM Jul 10 2019 06:48:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15069087     +E-mail/Text: bankruptcy@rentacenter.com Jul 10 2019 02:58:19      Acceptance Now,
               5501 Headquarters Drive,    Plano, TX 75024-5837
15075755      EDI: CAPITALONE.COM Jul 10 2019 06:48:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15069088     +EDI: CAPITALONE.COM Jul 10 2019 06:48:00      Capital One Bank Usa NA,    Po Box 30281,
               Salt Lake City, UT 84130-0281
15069089     +EDI: CAPITALONE.COM Jul 10 2019 06:48:00      Capital One N.A.,    PO Box 30285,
               Salt Lake City, UT 84130-0285
15069092     +E-mail/Text: bankruptcy@firstenergycorp.com Jul 10 2019 02:58:08      Collection Service Center,
               839 5th Avenue,    New Kensington, PA 15068-6303
15069094      E-mail/Text: eblymiller@fidelitycollections.com Jul 10 2019 02:57:50
               Fidelity Properties Inc,    885 South Sawburg Avenue,    Suite 10,    Alliance, OH 44601
15076435      EDI: RESURGENT.COM Jul 10 2019 06:48:00      LVNV Funding, LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
15069096      E-mail/Text: camanagement@mtb.com Jul 10 2019 02:57:56      M&T Bank,    1 Fountain Plaza,
               Floor 4,    Buffalo, NY 14203
15076436     +EDI: RESURGENT.COM Jul 10 2019 06:48:00      PYOD, LLC,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
15069099     +EDI: PRA.COM Jul 10 2019 06:48:00      Portfolio Recovery & Associates,
               120 Corporate Boulevard,    Suite 1,    Norfolk, VA 23502-4952
15069101     +EDI: RMSC.COM Jul 10 2019 06:48:00      Syncb / Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
15069673     +EDI: RMSC.COM Jul 10 2019 06:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
15069102     +EDI: WTRRNBANK.COM Jul 10 2019 06:48:00      Td Bank Usa / Target Credit,    Po Box 673,
               Minneapolis, MN 55440-0673
15069103     +EDI: VERIZONCOMB.COM Jul 10 2019 06:48:00      Verizon,    500 Technology Drive,    Suite 550,
               Saint Charles, MO 63304-2225
15069105     +E-mail/Text: erin.henry@weirtonmedical.com Jul 10 2019 02:58:17      Weirton Medical Center,
               601 Colliers Way,    Weirton, WV 26062-5091
                                                                                              TOTAL: 19
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              U.S. Bank National Association, as indenture trust
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


Case 19-22357-GLT    Doc 21    Filed 07/11/19    Entered 07/12/19 04:44:42    Desc Imaged
                          Certificate of Notice    Page 4 of 4

```
District/off: 0315-2          User: mgut                Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 309I             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:

```
              Daniel P. Foster    on behalf of Debtor Matthew A. Manges dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Christina L. Manges dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```