**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew A. Manges**
**Christina L. Manges**
   Debtor(s)

Bankruptcy Case No.: 19–22357–GLT
Issued Per 8/5/2019 Proceeding
Chapter: 13
Docket No.: 26 – 14
Concil. Conf.: December 19, 2019 at 02:00 PM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 8, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Dec. 19, 2019 at 02:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.   Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 1 of Credit Acceptance.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* ***IT IS FURTHER ORDERED THAT:***

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 8, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22357-GLT
Matthew A. Manges                                                         Chapter 13
Christina L. Manges
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 2          Date Rcvd: Aug 08, 2019
                              Form ID: 149        Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb         +Matthew A. Manges,   Christina L. Manges,   14 Shady Avenue,   Burgettstown, PA 15021-1032
15069086       +Aaa Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
15069091       +Collection Service Center,   Po Box 2060,   Fairmont, WV 26555-2060
15069390       +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
15069093       +Credit Acceptance Corporation,   Po Box 5070,   Southfield, MI 48086-5070
15069090      ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
                (address filed with court: Ccs / First Savings Bank,   500 East 60th Street North,
                Sioux Falls, SD 57104)
15083064       +FlexShopper LLC,   901 Yamato Road,   Suite 260,   Boca Raton FL 33431-4497
15076818       +FlexShopper, LLC,   901 Yamato Rd., Ste. 201,   Boca Raton, FL 33431-4497
15099561        Greenbrier Emergency Services, Inc,   PO Box 1123,   Minneapolis, MN 55440-1123
15069095       +KML Law Group PC,   BNY Mellon Independence Center,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
15069097       +Mikhail Mona MD,   1385 Washington Road,   # 102,   Washington, PA 15301-9784
15069098       +Nationwide Recovery,   3000 Kellway Drive,   Carrollton, TX 75006-3304
15069100       +Select Portfolio Servicing,   10401 Deerwood Park Boulevard,   Jacksonville, FL 32256-5007
15083065       +Snap RTO LLC,   PO Box 26561,   Salt Lake City UT 84126-0561
15069102       +Td Bank Usa / Target Credit,   Po Box 673,   Minneapolis, MN 55440-0673
15069104       +Washington Health System,   Ob-Gyn Associates,   104 Wellness Way,   Building 2,
                Washington, PA 15301-9706


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:47:32
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15069087       +E-mail/Text: bankruptcy@rentacenter.com Aug 09 2019 02:28:26   Acceptance Now,
                5501 Headquarters Drive,   Plano, TX 75024-5837
15095283       +E-mail/Text: bnc@atlasacq.com Aug 09 2019 02:27:18   Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
15075755        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 02:25:17
                Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
15069088       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 02:24:32
                Capital One Bank Usa NA,   Po Box 30281,   Salt Lake City, UT 84130-0281
15069089       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 02:24:31   Capital One N.A.,
                PO Box 30285,   Salt Lake City, UT 84130-0285
15069092       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 09 2019 02:27:55   Collection Service Center,
                839 5th Avenue,   New Kensington, PA 15068-6303
15069094        E-mail/Text: eblymiller@fidelitycollections.com Aug 09 2019 02:27:12
                Fidelity Properties Inc,   885 South Sawburg Avenue,   Suite 10,   Alliance, OH 44601
15076435        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2019 02:23:56   LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15069096        E-mail/Text: camanagement@mtb.com Aug 09 2019 02:27:26   M&T Bank,   1 Fountain Plaza,
                Floor 4,   Buffalo, NY 14203
15076436        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2019 02:25:30   PYOD, LLC,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15069099       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 02:25:21
                Portfolio Recovery & Associates,   120 Corporate Boulevard,   Suite 1,
                Norfolk, VA 23502-4952
15069101       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:25:13   Syncb / Walmart,   Po Box 965024,
                Orlando, FL 32896-5024
15069673       +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 02:25:13   Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15069103       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 09 2019 02:27:10
                Verizon,   500 Technology Drive,   Suite 550,   Saint Charles, MO 63304-2225
15069105       +E-mail/Text: erin.henry@weirtonmedical.com Aug 09 2019 02:28:23   Weirton Medical Center,
                601 Colliers Way,   Weirton, WV 26062-5091
                                                                          TOTAL: 16


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
                                                                          TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: 149            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Matthew A. Manges dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Christina L. Manges dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5
```