**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-22357-GLT |
| | : | |
| **Matthew A. Manges and** | : | **CHAPTER 13** |
| Christina L. Manges, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Matthew A. Manges,** | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 31 |
| | : | |
| vs. | : | |
| | : | |
| **Cigna Behavioral Health Inc,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>August 27, 2019</u>           By: /s/ Clarissa Bayhurst
                                                             CLARISSA BAYHURST, PARALEGAL
                                                             FOSTER LAW OFFICES
                                                             Po Box 966
                                                             Meadville, PA 16335
                                                             Tel 814.724.1165
                                                             Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

# **MATRIX**

**CIGNA BEHAVIORAL HEALTH INC
1601 CHESTNUT STREET
PHILADELPHIA PA 19192**