IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MATTHEW A. MANGES<br>CHRISTINA L. MANGES,<br>**Debtor(s)** | Bankruptcy No. 19-22357-GLT<br><br>Chapter 13 |
| CREDIT ACCEPTANCE CORPORATION,<br>**Movant** | Related To Document No. 49 and 50 |
| v. | **Response Deadline:  4/2/20** |
| MATTHEW A. MANGES<br>CHRISTINA L. MANGES,<br>**Respondent(s)** | **Hearing Date:   5/6/20 at 10:00 AM** |
| RONDA J. WINNECOUR,<br>**Trustee** | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 16, 2020, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Matthew and Christina Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021<br>(Debtors) | Daniel P. Foster, Esq.<br>Foster Law Offices<br>P.O. Box 966<br>Meadville, PA 16335<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com