**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-22357-GLT |
| | : | |
| **Matthew A. Manges and** | : | CHAPTER 13 |
| **Christina L. Manges,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 70 & 72 |
| **Matthew A. Manges and** | : | |
| **Christina L. Manges,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order, Notice of Proposed Modification and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-Paid United States mail.

Date Served: <u>May 1, 2020</u>

    Respectfully submitted,
    <u>/s/ Clarissa Bayhurst</u>
    Clarissa Bayhurst
    Head Paralegal
    Foster Law Offices
    PO Box 966
    Meadville, PA 16335
    Tel: (814) 724-1165
    Fax: (814) 724-1158

MAILING MATRIX

| | |
|---|---|
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 |
| Capital One N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | William E. Craig<br>Morton and Craig LLC<br>ecfmail@mortoncraig.com |
| Collection Service Center<br>Po Box 2060<br>Fairmont, WV 26555-2060 | Credit Acceptance Corporation<br>Po Box 5070<br>Southfield, MI 48086-5070 |
| Credit Acceptance Corporation<br>25505 W. 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | FlexShopper, LLC<br>901 Yamato Rd., Ste. 201<br>Boca Raton, FL 33431-4497 |
| FlexShopper LLC<br>901 Yamato Road<br>Suite 260<br>Boca Raton FL 33431-4497 | KML Law Group PC<br>BNY Mellon Independence Center<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Greenbrier Emergency Services, Inc<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | M&T Bank<br>PO Box 1508<br>Buffalo NY 14240-1508 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Mikhail Mona MD<br>1385 Washington Road<br># 102<br>Washington, PA 15301-9784 |
| Matthew A. Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021-1032 | PRA Receivables Management, LLC<br>claims@recoverycorp.com |
| Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov | Acceptance Now<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| Aaa Debt Recovery<br>PO Box 129<br>Monroeville, PA 15146-0129 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Collection Service Center<br>839 5th Avenue<br>New Kensington, PA 15068-6303 |

Credit Acceptance
25505 West Twelve Mile Rd
Suite 3000
Southfield MI 48034-8331

(p)FIDELITY NATIONAL COLLECTIONS
885 S SAWBURG AVE SUITE 103
ALLIANCE OH 44601-5905

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Christina L. Manges
14 Shady Avenue
Burgettstown, PA 15021-1032

Nationwide Recovery
3000 Kellway Drive
Carrollton, TX 75006-3304

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Portfolio Recovery & Associates
120 Corporate Boulevard
Suite 1
Norfolk, VA 23502-4952

Snap RTO LLC
PO Box 26561
Salt Lake City UT 84126-0561

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Washington Health System
Ob-Gyn Associates
104 Wellness Way
Building 2
Washington, PA 15301-9706

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

U.S. Bank, National Association et. al,
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Weirton Medical Center
601 Colliers Way
Weirton, WV 26062-5091

Peoples Natural Gas Company LLC
c/o S. James Wallace, PC
sjw@sjwpgh.com

Select Portfolio Servicing
10401 Deerwood Park Boulevard
Jacksonville, FL 32256-5007

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com