Case 19-22357-GLT   Doc 83   Filed 05/06/20   Entered 05/06/20 14:45:51   Desc Main
Document   Page 1 of 1

FILED
5/6/20 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22357-GLT |
| | : | Chapter: | 13 |
| Matthew A. Manges | : | | |
| Christina L. Manges | : | | |
| | : | Date: | 5/6/2020 |
| Debtor(s). | : | Time: | 10:00 |

## PROCEEDING MEMO

***MATTER:***   #49 - Motion for Relief from Stay Filed by Credit Acceptance Corporation
         # 68 - Response filed by the debtors

***APPEARANCES:***
    Debtor:   Daniel P. Foster
    Trustee:  Owen Katz
    Credit:   William E. Craig

***NOTES:*** (10:07)

Craig: The debtors have filed a proposed modified plan and we would request a continuance in this matter until after the conciliation in July.

Court: I will continue the matter.

***OUTCOME:***

1. Credit Acceptance Corporation's *Motion for Relief from Stay* [Dkt. No. 49] is CONTINUED to July 15, 2020 at 9:30 a.m. [Text Order to Issue]

**DATED:** 5/6/2020