Case 19-22357-GLT    Doc 90    Filed 07/16/20    Entered 07/16/20 11:46:27    Desc Main
Document    Page 1 of 1

FILED
7/16/20 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22357-GLT |
| | : | Chapter: | 13 |
| Matthew A. Manges | : | | |
| Christina L. Manges | : | | |
| | : | Date: | 7/15/2020 |
| Debtor(s). | : | Time: | 09:30 |

### PROCEEDING MEMO

*MATTER:*   #53 - Motion for Relief from Stay Filed by U.S. Bank National
            Association, as indenture trustee, for the holders of the
            CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
            #69 - Response filed by Debtor

            #49 - Continued Motion for Relief from Stay Filed by Credit
            Acceptance Corporation
            # 68 - Response filed by the debtors

*APPEARANCES:*

    Debtor:    Daniel P. Foster
    Trustee:   Ronda J. Winnecour
    US Bank:   James Warmbrodt
    Credit Acceptance
        Corporation:   Bill Craig

*NOTES:* (9:57)

Court: There is a confirmed amended plan.

Craig: Unfortunately I wasn't able to get any authority to withdraw the motion.  So I can only push for default clauses on the trustee payments.

Warmbrodt: We've received payments in May and June. But as the trustee's records indicate, payment due my client totals $7,271 - which is almost double what we've been paid so far.

Foster: I understand why the motions were filed, my client had issues with unemployment.  They are working now and there is a wage attachment remitting.  I don't want to consent to default language and the debtors have done the best they can.

Court: I find it significant that there weren't objections to the confirmed amended plan.  The current arrears are being dealt with in the current plan and wages are currently attached and remitting. So, on that basis, I find both creditors are adequately protected.

*OUTCOME:*

1. Continued Motion for Relief from Stay Filed by Credit Acceptance Corporation [Dkt. No. 49] is DENIED for the reasons stated on the record. [Text Order to Issue]

2. Motion for Relief from Stay Filed by U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 [Dkt. No. 53] is DENIED for the reasons stated on the record. [Text Order to Issue]

**DATED:** 7/15/2020