**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-22357-GLT |
| Matthew A. Manges and | : | |
| Christina L. Manges, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 101 |
| Matthew A. Manges and | : | |
| Christina L. Manges | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on January 18, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 4, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>February 6, 2023</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: February 6, 2023

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Credit Acceptance Corporation            PRA Receivables Management, LLC
0315-2                                   25505 W. 12 Mile Road                    PO Box 41021
Case 19-22357-GLT                        Suite 3000                               Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Southfield, MI 48034-8331
Pittsburgh
Wed Jan 18 07:51:17 EST 2023

Peoples Natural Gas Company LLC          2                                        Aaa Debt Recovery
c/o S. James Wallace, P.C.               U.S. Bankruptcy Court                    PO Box 129
845 N. Lincoln Ave.                      5414 U.S. Steel Tower                    Monroeville, PA 15146-0129
Pittsburgh, PA 15233-1828                600 Grant Street
                                         Pittsburgh, PA 15219-2703

Acceptance Now                           (p)ATLAS ACQUISITIONS LCC                Capital One Bank (USA), N.A.
5501 Headquarters Drive                  492C CEDAR LANE SUITE 442                by American InfoSource as agent
Plano, TX 75024-6191                     TEANECK NJ 07666-1713                    PO Box 71083
                                                                                  Charlotte, NC  28272-1083

Capital One Bank Usa NA                  Capital One N.A.                         (p)FIRST SAVINGS BANK
Po Box 30281                             PO Box 30285                             ATTN BANKRUPTCY
Salt Lake City, UT 84130-0281            Salt Lake City, UT 84130-0285            1500 S HIGHLINE AVE
                                                                                  SIOUX FALLS SD 57110-1003

Collection Service Center                Collection Service Center                Credit Acceptance
839 5th Avenue                           Po Box 2060                              25505 West Twelve Mile Rd
New Kensington, PA 15068-6303            Fairmont, WV 26555-2060                  Suite 3000
                                                                                  Southfield MI 48034-8331

Credit Acceptance Corporation            (p)FIDELITY NATIONAL COLLECTIONS         FlexShopper LLC
Po Box 5070                              885 S SAWBURG AVE SUITE 103              901 Yamato Road
Southfield, MI 48086-5070                ALLIANCE OH 44601-5905                   Suite 260
                                                                                  Boca Raton FL 33431-4415

FlexShopper, LLC                         Greenbrier Emergency Services, Inc       KML Law Group PC
901 Yamato Rd., Ste. 201                 PO Box 1123                              BNY Mellon Independence Center
Boca Raton, FL 33431-4415                Minneapolis, MN 55440-1123               701 Market Street
                                                                                  Suite 5000
                                                                                  Philadelphia, PA 19106-1541

LVNV Funding, LLC                        (p)M&T BANK                              M&T Bank
Resurgent Capital Services               LEGAL DOCUMENT PROCESSING                PO Box 1508
PO Box 10587                             626 COMMERCE DRIVE                       Buffalo NY 14240-1508
Greenville, SC 29603-0587                AMHERST NY 14228-2307

Mikhail Mona MD                          Nationwide Recovery                      Office of the United States Trustee
1385 Washington Road                     3000 Kellway Drive                       Liberty Center.
# 102                                    Carrollton, TX 75006-3304                1001 Liberty Avenue, Suite 970
Washington, PA 15301-9674                                                         Pittsburgh, PA 15222-3721

PYOD, LLC                                Peoples Natural Gas Company LLC          Portfolio Recovery & Associates
Resurgent Capital Services               c/o S. James Wallace, PC                 120 Corporate Boulevard
PO Box 19008                             845 N. Lincoln Avenue                    Suite 1
Greenville, SC 29602-9008                Pittsburgh, PA 15233-1828                Norfolk, VA 23502-4952
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Select Portfolio Servicing<br>10401 Deerwood Park Boulevard<br>Jacksonville, FL 32256-5007 | Snap RTO LLC<br>PO Box 26561<br>Salt Lake City UT 84126-0561 |
| Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Td Bank Usa / Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| U.S. Bank, National Association et. al,<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Washington County Tax Claim Bureau<br>95 West Beau Street Ste. 525<br>Washington, PA 15301-6837 | Washington Health System<br>Ob-Gyn Associates<br>104 Wellness Way<br>Building 2<br>Washington, PA 15301-9706 | Weirton Medical Center<br>601 Colliers Way<br>Weirton, WV 26062-5091 |
| Christina L. Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021-1032 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Matthew A. Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021-1032 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste. 442<br>Teaneck, NJ 07666 | Ccs / First Savings Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 |
| M&T Bank<br>1 Fountain Plaza<br>Floor 4<br>Buffalo, NY 14203 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, as indentu    (u)U.S. Bank National Association, not in its

End of Label Matrix
Mailable recipients    45
Bypassed recipients     2
Total                  47