**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 19-22357-GLT** |
| **Matthew A. Manges and** | : | |
| **Christina L. Manges,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Related to Docket No.: 105** |
| **Matthew A. Manges and** | : | |
| **Christina L. Manges** | : | |
| Movants | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Approving Postpetition Automobile Financing** by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>February 7, 2023</u>

*By: /s/ Sarah Hunt*
Sarah Hunt, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Credit Acceptance Corporation          PRA Receivables Management, LLC
0315-2                                    25505 W. 12 Mile Road                  PO Box 41021
Case 19-22357-GLT                         Suite 3000                             Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA          Southfield, MI 48034-8331
Pittsburgh
Wed Jan 18 07:51:17 EST 2023

Peoples Natural Gas Company LLC           2                                      Aaa Debt Recovery
c/o S. James Wallace, P.C.                U.S. Bankruptcy Court                  PO Box 129
845 N. Lincoln Ave.                       5414 U.S. Steel Tower                  Monroeville, PA 15146-0129
Pittsburgh, PA 15233-1828                 600 Grant Street
                                          Pittsburgh, PA 15219-2703

Acceptance Now                            (p)ATLAS ACQUISITIONS LCC              Capital One Bank (USA), N.A.
5501 Headquarters Drive                   492C CEDAR LANE SUITE 442              by American InfoSource as agent
Plano, TX 75024-6191                      TEANECK NJ 07666-1713                  PO Box 71083
                                                                                 Charlotte, NC  28272-1083

Capital One Bank Usa NA                   Capital One N.A.                       (p)FIRST SAVINGS BANK
Po Box 30281                              PO Box 30285                           ATTN BANKRUPTCY
Salt Lake City, UT 84130-0281             Salt Lake City, UT 84130-0285          1500 S HIGHLINE AVE
                                                                                 SIOUX FALLS SD 57110-1003

Collection Service Center                 Collection Service Center              Credit Acceptance
839 5th Avenue                            Po Box 2060                            25505 West Twelve Mile Rd
New Kensington, PA 15068-6303             Fairmont, WV 26555-2060                Suite 3000
                                                                                 Southfield MI 48034-8331

Credit Acceptance Corporation             (p)FIDELITY NATIONAL COLLECTIONS       FlexShopper LLC
Po Box 5070                               885 S SAWBURG AVE SUITE 103            901 Yamato Road
Southfield, MI 48086-5070                 ALLIANCE OH 44601-5905                 Suite 260
                                                                                 Boca Raton FL 33431-4415

FlexShopper, LLC                          Greenbrier Emergency Services, Inc     KML Law Group PC
901 Yamato Rd., Ste. 201                  PO Box 1123                            BNY Mellon Independence Center
Boca Raton, FL 33431-4415                 Minneapolis, MN 55440-1123             701 Market Street
                                                                                 Suite 5000
                                                                                 Philadelphia, PA 19106-1541

LVNV Funding, LLC                         (p)M&T BANK                            M&T Bank
Resurgent Capital Services                LEGAL DOCUMENT PROCESSING              PO Box 1508
PO Box 10587                              626 COMMERCE DRIVE                     Buffalo NY 14240-1508
Greenville, SC 29603-0587                 AMHERST NY 14228-2307

Mikhail Mona MD                           Nationwide Recovery                    Office of the United States Trustee
1385 Washington Road                      3000 Kellway Drive                     Liberty Center.
# 102                                     Carrollton, TX 75006-3304              1001 Liberty Avenue, Suite 970
Washington, PA 15301-9674                                                        Pittsburgh, PA 15222-3721

PYOD, LLC                                 Peoples Natural Gas Company LLC        Portfolio Recovery & Associates
Resurgent Capital Services                c/o S. James Wallace, PC               120 Corporate Boulevard
PO Box 19008                              845 N. Lincoln Avenue                  Suite 1
Greenville, SC 29602-9008                 Pittsburgh, PA 15233-1828              Norfolk, VA 23502-4952
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Select Portfolio Servicing<br>10401 Deerwood Park Boulevard<br>Jacksonville, FL 32256-5007 | Snap RTO LLC<br>PO Box 26561<br>Salt Lake City UT 84126-0561 |
| Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Td Bank Usa / Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| U.S. Bank, National Association et. al,<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Washington County Tax Claim Bureau<br>95 West Beau Street Ste. 525<br>Washington, PA 15301-6837 | Washington Health System<br>Ob-Gyn Associates<br>104 Wellness Way<br>Building 2<br>Washington, PA 15301-9706 | Weirton Medical Center<br>601 Colliers Way<br>Weirton, WV 26062-5091 |
| Christina L. Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021-1032 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Matthew A. Manges<br>14 Shady Avenue<br>Burgettstown, PA 15021-1032 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste. 442<br>Teaneck, NJ 07666 | Ccs / First Savings Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104 | Fidelity Properties Inc<br>885 South Sawburg Avenue<br>Suite 10<br>Alliance, OH 44601 |
| M&T Bank<br>1 Fountain Plaza<br>Floor 4<br>Buffalo, NY 14203 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, as indentu    (u)U.S. Bank National Association, not in its

End of Label Matrix
Mailable recipients    45
Bypassed recipients     2
Total                  47