**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Matthew A. Manges and | : | Bankruptcy No: 19-22357-GLT |
| Christina L. Manges, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 125 |
| | : | |
| Nationwide Recovery, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**        **Nationwide Recovery**
**Incorrect Address:**    **3000 Kellway Drive Carrollton, TX 75006-3304**
**Correct Address:**      **111 Cupped Oak Drive, Mathews, NC 28104**

Respectfully Submitted,

Date: <u>April 25, 2023</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors