**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/02/2024

IN RE:

MATTHEW A. MANGES
CHRISTINA L. MANGES
14 SHADY AVENUE
BURGETTSTOWN,  PA  15021
XXX-XX-7282           Debtor(s)

XXX-XX-3354

Case No.19-22357 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/2/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3800 |
| **KML LAW GROUP PC\*\* (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SELECT PORTFOLIO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP\***<br>ATTN: BANKRUPTCY DEPT\*<br>25505 W 12 MILE RD STE 3000\*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 3    INT %: 4.25%<br>Court Claim Number: 1<br>CLAIM: 23,596.46<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4768 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number: 4    INT %: 4.25%<br>Court Claim Number: 13<br>CLAIM: 10,472.25<br>COMMENT: $CL13GOV@TERMS/PL\*PMT/CONF\*$/PL-CL@4.25%/PL\*W/32 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5486 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-PL\*DK4LMT\*BGN 7/19\*FR US BANK-DOC 122 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2260 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 505.82<br>COMMENT: CHARG OFF 2/18/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2284 |
| **FIRST SAVINGS BANK**<br>PO BOX 5097<br>SIOUX FALLS, SD  57117 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8406 |
| **COLLECTION SERVICE CENTER INC**<br>2917 WHITE HALL BLVD<br>PO BOX 2060<br>FAIRMONT, WV  26555-2060 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEIRTON MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HCT3 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WASHINGTON HEALTH~OBGYN ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GUORV |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>2917 WHITE HALL BLVD<br>PO BOX 2060<br><br>FAIRMONT, WV 26555-2060 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WEIRTON MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HF3D |
| **FIDELITY NATIONAL COLLECTIONS**<br>885 S SAWBURG AVE<br><br>ALLIANCE, OH 44601 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~MIKHAIL MONA MD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5922 |
| **NATIONWIDE RECOVERY SERVICES**<br>545 W INMAN ST<br><br>CLEVELAND, TN 37311 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2684 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,392.74<br>COMMENT: 2685/SCH*SHERMAN/GECC/LOWE'S*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9335 |
| **NATIONWIDE RECOVERY SERVICES**<br>545 W INMAN ST<br><br>CLEVELAND, TN 37311 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2686 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 1,575.27<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4237 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,206.41<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4355 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3800 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br><br>PORTLAND, ME 04112 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8964 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 3,256.74<br>COMMENT: CHARGE OFF 11/28/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **MIKHAIL MONA MD**<br>1385 WASHINGTON RD<br><br>WASHINGTON, PA 15301 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br><br>WASHINGTON, PA 15301 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | |
| **WEIRTON MEDICAL CENTER**<br>601 S COLLIER WAY<br><br>WEIRTON, WV 26062-5091 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 7,419.58<br>COMMENT: NT/SCH*SHERMAN/CITIBANK*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2036 | |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,191.41<br>COMMENT: NT/SCH*SHERMAN/CITIBANK*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0412 | |
| **PYOD LLC**<br>C/O RESURGENT CAPITAL SVCS<br>POB 19008<br>GREENVILLE, SC 29602 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,539.35<br>COMMENT: NT/SCH*SHERMAN/PROVIDIAN*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6265 | |
| **FLEXSHOPPER LLC**<br>901 YAMATO RD STE 260<br><br>BOCA RATON, FL 33487 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,360.77<br>COMMENT: NT/SCH*LEASE TO OWN/RENT TO OWN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 153C | |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 26,786.31<br>COMMENT: $/CL-PL*THRU 6/19*FR US BANK-DOC 122 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2260 | |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br><br>TEANECK, NJ 07666 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 5,328.79<br>COMMENT: NT/SCH*SNAP FINANCE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 17PA | |
| **GREENBRIER EMERGENCY SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 187.75<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3354 | |

CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 761.15 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1023 |
| **M & T BANK** <br> PO BOX 1508 <br> BUFFALO, NY 14240 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 333.36 <br> COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5486 |
| **GRB LAW**\*\* <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 1,211.62 <br> COMMENT: NT/SCH*HSBC/BEST BUY*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0686 |
| **WILLIAM E CRAIG ESQ** <br> MORTON AND CRAIG <br> 110 MARTER AVE STE 301 <br> MOORESTOWN, NJ 08057 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CREDIT ACCPTNC/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 2,517.99 <br> COMMENT: TTL=7531/PL*PAY/CONF*INS DISB 8/16/21*FR US BANK-DOC 122 | CRED DESC: POST PETITION FEE NOTICE <br> ACCOUNT NO.: 2260 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 170.00 <br> COMMENT: TTL=7531/PL*PAY/CONF*SUPP*INS DISB 8/16/21*FR US BANK-DOC 122 | CRED DESC: POST PETITION FEE NOTICE <br> ACCOUNT NO.: 2260 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 132.00 <br> COMMENT: PAY/DECL-CONF*TTL=7531/PL*SUPP*INS DISB 12/15/21*FR US BANK-DOC 122 | CRED DESC: POST PETITION FEE NOTICE <br> ACCOUNT NO.: 2260 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 188.00 <br> COMMENT: PAY/DECL-CONF*TTL=7531/PL*SUPP*INS ADV 3/16/22*FR US BANK-DOC 122 | CRED DESC: POST PETITION FEE NOTICE <br> ACCOUNT NO.: 2260 |
| **WASHINGTON COUNTY TAX CLAIM BUREAU(*)** <br> 95 WEST BEAU ST STE 525 <br> WASHINGTON, PA 15301 | Trustee Claim Number: 40  INT %: 9.00% <br> Court Claim Number: 17 <br> CLAIM: 259.89 <br> COMMENT: 070-023-00-00-0020-00;21*CL17 GOV*NT/SCH-PL*WNTS 9%~BGN 12/22 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 2000 |

| CLAIM RECORDS | | |
|---|---|---|
| **PEOPLES NATURAL GAS COMPANY LLC**\*\* <br> ATTN BANKRUPTCY NOTICING <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:41  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/OE-CONF*170/PL*BGN 4/23 DISB*DK | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  4870 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:42 INT %:  0.00% <br> Court Claim Number:14 <br><br> CLAIM:  4,265.64 <br> COMMENT:  TTL=7531/PL*PAY/CONF*SUPP*TAX ADV~CHK COSTS 9/7/22*FR US BANK-DOC 122 | CRED DESC:  POST PETITION FEE NOTICE <br> ACCOUNT NO.:  2260 |