FILED
6/7/24 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Matthew A. Manges AND | : | Case No. 19-22357-GLT |
| Christina L. Manges, | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Matthew A. Manges AND | : | Doc. No. 150 |
| Christina L. Manges, | : | |
|     Movant(s), | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CONSENT ORDER OF COURT

WHEREAS, Washington County Tax Claim Bureau has filed a Claim (No. 18) for post-petition taxes;

WHEREAS, the present plan payment is no longer feasible;

NOW THEREFORE, to properly address treatment and priority of the Washington County Tax Claim Bureau's post-petition tax claim, the parties, consisting of the Debtor and Trustee agree as follows:

1. Plan payment shall be increased to $2,913.00 beginning 06/2024 to complete the goals of the plan in the remaining 25 months.

2. Washington County Tax Claim Bureau Claim #18 governs.

So ORDERED this 7th Day of June

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Agreed to:

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Emai: jwarmbrodt@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
FOSTER LAW OFFICES
1210 Park Avenue, Meadville, PA 16335
Phone: 814.724.1165
Dan@MrDebtBuster.com
**Attorney for the Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22357-GLT |
| Matthew A. Manges | Chapter 13 |
| Christina L. Manges | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew A. Manges, Christina L. Manges, 14 Shady Avenue, Burgettstown, PA 15021-1032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

**Name**        **Email Address**

Daniel P. Foster
    on behalf of Debtor Matthew A. Manges dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Christina L. Manges dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 dcarlon@kmllawgroup.com

Jeffrey Hunt

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Michelle L. McGowan

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10