**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW A. MANGES<br>CHRISTINA L. MANGES<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:19-22357 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/12/2019 and confirmed on 08/08/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 127,910.11 |
| Less Refunds to Debtor | | 976.12 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 126,933.99 |
| | | | | |
| Administrative Fees | | | | |
|     Filing Fee | | 0.00 | | |
|     Notice Fee | | 0.00 | | |
|     Attorney Fee | | 3,250.00 | | |
|     Trustee Fee | | 6,570.98 | | |
|     Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 9,820.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|     US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 63,657.94 | 0.00 | 63,657.94 |
|         Acct: 2260 | | | | |
|     US BANK NA - INDENTURE TRUSTEE CIM | 26,786.31 | 7,629.71 | 0.00 | 7,629.71 |
|         Acct: 2260 | | | | |
|     CREDIT ACCEPTANCE CORP* | 23,596.46 | 23,596.46 | 3,077.99 | 26,674.45 |
|         Acct: 4768 | | | | |
|     M & T BANK | 10,472.25 | 10,472.25 | 1,319.15 | 11,791.40 |
|         Acct: 5486 | | | | |
| | | | | 109,753.50 |
| Priority | | | | |
|     DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MATTHEW A. MANGES | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MATTHEW A. MANGES | 976.12 | 976.12 | 0.00 | 0.00 |
|         Acct: | | | | |
|     FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS COMPANY LLC** | 0.00 | 6,234.48 | 0.00 | 6,234.48 |
| Acct: 4870 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 259.89 | 33.16 | 53.15 | 86.31 |
| Acct: 2000 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 4,779.59 | 655.95 | 382.77 | 1,038.72 |
| Acct: 1900 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 2,517.99 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 170.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 132.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 188.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM | 4,265.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2260 | | | | |
| | | | | 7,359.51 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 505.82 | 0.00 | 0.00 | 0.00 |
| Acct: 2284 | | | | |
| FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8406 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HCT3 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XUORV | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HF3D | | | | |
| FIDELITY NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5922 | | | | |
| NATIONWIDE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2684 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9335 | | | | |
| NATIONWIDE RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2686 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,575.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4237 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,206.41 | 0.00 | 0.00 | 0.00 |
| Acct: 4355 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3800 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8964 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 3,256.74 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2036 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0412 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6265 | | | | |
| FLEXSHOPPER LLC | 3,360.77 | 0.00 | 0.00 | 0.00 |
| Acct: 153C | | | | |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 5,328.79 | 0.00 | 0.00 | 0.00 |
| Acct: 17PA | | | | |

| 19-22357 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| GREENBRIER EMERGENCY SERVICES | 187.75 | 0.00 | 0.00 | 0.00 |
| Acct: 3354 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 761.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1023 | | | | |
| M & T BANK | 333.36 | 0.00 | 0.00 | 0.00 |
| Acct: 5486 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0686 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3800 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIKHAIL MONA MD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEIRTON MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 117,113.01 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         12,313.11
SECURED          60,855.02
UNSECURED        16.516.06

Date: 06/09/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com