**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Matthew A. Manges**<br>        **Christina L. Manges** | **BK NO. 19-22357 GLT** |
|                                        **Debtors** | **Chapter 13** |
| **U.S. Bank National Association, not in its**<br>**individual capacity but solely in its**<br>**capacity as Indenture Trustee of CIM**<br>**Trust 2021-NR2** | **Related to Claim No. 14-1** |
|                                        **Movant** | |
|        **vs.** | |
| **Matthew A. Manges**<br>**Christina L. Manges** | |
|                                        **Debtors** | |
| **Ronda J. Winnecour** | |
|                                        **Trustee** | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF PAYMENT CHANGE**

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 2, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtors
Matthew A. Manges
14 Shady Avenue
Burgettstown, PA 15021

Christina L. Manges
14 Shady Avenue
Burgettstown, PA 15021
VIA Regular Mail

Attorney for Debtors
Daniel P. Foster, Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335
VIA ECF

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service:  Electronic means or first class mail.

Dated: August 2, 2022

**/s/ Brian C. Nicholas, Esq.**
Brian C. Nicholas, Esq. (317240)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bkgroup@kmllawgroup.com