**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Matthew A. Manges

Debtor 2    Christina L. Manges

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    19-22357 GLT

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2

**Court claim no**. (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 2260

**Date of payment change:**
Must be at least 21 days after date of this notice     03/01/2023

**New total payment:**    $958.14
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    9.12500 %    New interest rate:    10.62500 %

   Current principal and interest payment: $897.37    New principal and interest payment: $958.14

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:_____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor(s) | **Matthew A. Manges, Christina L. Manges** | | Case number (*if known*) | 19-22357 GLT |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Brian C. Nicholas (Atty Id: 317240)          Date  01/17/2023
Signature
Print: Brian Nicholas
17 Jan 2023, 14:05:59, EST

Title  **Attorney for Creditor**

Company  KML Law Group, P.C.

Address  701        Market Street, Suite 5000
         Number     Street
         Philadelphia,              PA    19106
         City                      State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com