**Fill in this information to identify the case:**

Debtor 1 <u>Matthew A. Manges</u>

Debtor 2 <u>Christina L. Manges</u>
(Spouse, if filing)

United States Bankruptcy Court for the <u>WESTERN</u> District <u>of Pennsylvania</u>

Case number <u>19-22357 GLT</u>

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2

**Court claim no.** (if known): <u>14-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: 2260

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☐ No

☒ Yes.  Date of the last notice: <u>09/16/2022</u>

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | 09/07/2022 | (8) | $ 4,255.64 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Certified Check Costs | 09/07/2022 | (11) | $ 10.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Matthew A. Manges, and Christina L. Manges | Case number (*if known*) 19-22357 GLT |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Brian C. Nicholas, Esquire
Signature

Date  03/07/2023

Print:  Brian C. Nicholas, Esquire   Attorney ID No. 317240
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701    Market Street, Suite 5000
Number    Street
Philadelphia,    PA    19106
City    State    Zip Code

Contact phone  (215) 627–1322

Email  bnicholas@kmllawgroup.com

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**
249