**LERETA**

Tax Status Report - SFS2179NR
SELECT PORTFOLIO SERVICING IN 48100

| Loan Number: | ▇▇▇▇ | Borrower Name: | MANGES MATTHEW | Situs Address: | |
|---|---|---|---|---|---|
| Contract Number: | ▇▇▇▇ | Service Type: | B | 14 SHADY | |
| Vendor Payee | ▇▇▇▇ | Agency: ▇▇▇▇ Type: | COUNTY | BURGETTSTOWN, PA 15021 | |

WASHINGTON COUNTY

| Tax ID: ▇▇▇▇ | Hit Code: | 1 | | |
|---|---|---|---|---|
| | | | Last Month to Redeem: | Severity Code: 0 |

### Annual Tax Information | Installment Breakdown

Comments:
AT RISK OF LOSS, LOWERS WILL FOLLOW.
AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.

Annual Tax Year: 2022
Annual Base Amt:

## Current Year Information

Payable to: WASHINGTON COUNTY
▇▇▇▇
100 WEST BEAU ST, SUITE 102
WASHINGTON, PA 15301

Payment Posted Through Date: 08/31/2022
Amount to pay:        Good Through:
Amount to pay:        Good Through:

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| 2022 | 1 | | 06/30/2022 | | | |

Comments:
AT RISK OF LOSS, LOWERS WILL FOLLOW.  AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.

## Prior Year Information

Payable to: WASHINGTON COUNTY
▇▇▇▇
100 WEST BEAU ST, SUITE 102
WASHINGTON, PA 15301

Year at Risk:        Payment Posted Through Date:
Amount to pay:        Good Through:
Amount to pay:        Good Through:

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Comments:
THIS SECTION IS INTENTIONALLY LEFT BLANK.  PLEASE READ ABOVE

| | | Order Date: | 06/28/2022 |
|---|---|---|---|
| | | Extract Date: | 09/02/2022 |

**LERETA**

Tax Status Report - SPS2179NR
SELECT PORTFOLIO SERVICING IN 48100

| | | | |
|---|---|---|---|
| Loan Number: | Borrower Name: MANGES MATTHEW | Situs Address: | |
| Contract Number: | Service Type: B | 14 SHADY | |
| Vendor Payee: Agency: | Type: SCHOOL | BURGETTSTOWN, PA 15021 | |

BURGETTSTOWN SD/BURGETTSTOWN BORO

Tax ID:   Hit Code: 1

Last Month to Redeem:      Severity Code: 0

### Annual Tax Information      Installment Breakdown

Annual Tax Year: 2022
Annual Base Amt:

**Comments:**
AT RISK OF LOSS, LOWERS WILL FOLLOW.
AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.

### Current Year Information

Payable to: BURGETTSTOWN SD/BURGETTSTOWN BORO
PO BOX 404
BURGETTSTOWN, PA 15021

Payment Posted Through Date: 08/31/2022
Amount to pay:   Good Through:
Amount to pay:   Good Through:

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| 2022 | 1 | | 11/15/2022 | | | |

**Comments:**
AT RISK OF LOSS, LOWERS WILL FOLLOW.  AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.

### Prior Year Information

Payable to: BURGETTSTOWN SD/BURGETTSTOWN BORO
PO BOX 404
BURGETTSTOWN, PA 15021

Year at Risk:   Payment Posted Through Date:
Amount to pay:   Good Through:
Amount to pay:   Good Through:

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Comments:**
THIS SECTION IS INTENTIONALLY LEFT BLANK.  PLEASE READ ABOVE

Order Date: 06/28/2022
Extract Date: 09/02/2022

**LERETA**

Tax Status Report - SPS2179NR
SELECT PORTFOLIO SERVICING  1N 48100

| Loan Number: | | Borrower Name: | MANGES MATTHEW | Situs Address: | |
|---|---|---|---|---|---|
| Contract Number: | | Service Type: | B | 14 SHADY | |
| Vendor Payee: | | Agency: | | Type: BRGH | BURGETTSTOWN, PA 15021 |
| BURGETTSTOWN BOROUGH | | | | | |
| Tax ID: | Hit Code: 1 | | | | |
| | | | | Last Month to Redeem: | Severity Code: 0 |

**Annual Tax Information** | **Installment Breakdown** | **Comments:**
AT RISK OF LOSS, LOWERS WILL FOLLOW.
Annual Tax Year: 2022
AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.
Annual Base Amt:

### Current Year Information

Payable to: BURGETTSTOWN BOROUGH

PO BOX 404
BURGETTSTOWN, PA 15021

Payment Posted Through Date: 08/31/2022
Amount to pay:    Good Through:
Amount to pay:    Good Through:

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| 2022 | 1 | | 06/30/2022 | | | |

**Comments:**
AT RISK OF LOSS, LOWERS WILL FOLLOW.  AN UPDATED TSR WILL BE SENT ONCE TAX INFO IS RECEIVED BY THE LOWER AGENCIES.

### Prior Year Information

Payable to: BURGETTSTOWN BOROUGH

PO BOX 404
BURGETTSTOWN, PA 15021

Year at Risk:    Payment Posted Through Date:
Amount to pay:    Good Through:
Amount to pay:    Good Through:

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Comments:**
THIS SECTION IS INTENTIONALLY LEFT BLANK.  PLEASE READ ABOVE

Order Date: 06/28/2022
Extract Date: 09/02/2022

**LERETA**

Tax Status Report - SFS2179NR
SELECT PORTFOLIO SERVICING IN 48100

| Loan Number: | ▉▉▉▉ | Borrower Name: | MANGES MATTHEW | Situs Address: | |
|---|---|---|---|---|---|
| Contract Number: | ▉▉▉▉ | Service Type: | B | 14 SHADY | |
| Vendor Payee: | ▉▉▉▉  Agency: ▉▉▉▉ | Type: | MISC | BURGETTSTOWN, PA 15021 | |

WASHINGTON COUNTY TAX CLAIM BUREAU

Tax ID: ▉▉▉▉    Hit Code: 1

Last Month to Redeem: 09/22    Severity Code: 0

**Annual Tax Information**    **Installment Breakdown**    **Comments:**

Annual Tax Year:
Annual Base Amt:

## Current Year Information

Payable to: WASHINGTON COUNTY TAX CLAIM BUREAU    Payment Posted Through Date:
▉▉▉▉
95 WEST BEAU STREET,    Amount to pay:        Good Through:
STE 525    Amount to pay:        Good Through:
WASHINGTON, PA 15301

| Tax Year | Installment | Base Tax Amount | Delq. Date | Status | Bill Number | Type |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:**
THIS SECTION IS INTENTIONALLY LEFT BLANK.  PLEASE READ NEXT PAGE FOR ADDITIONAL INFO

## Prior Year Information

Payable to: WASHINGTON COUNTY TAX CLAIM BUREAU
▉▉▉▉                                    Year at Risk: 2020  Payment Posted Through Date: 08/31/2022
95 WEST BEAU STREET,                    Amount to pay: $4,255.64  Good Through: 09/25/2022
STE 525                                 Amount to pay:             Good Through:
WASHINGTON, PA 15301

| Year(s) | Status | 1st Instal. | Status | 2nd Instal. | Status | 3rd Instal. | Status | 4th Instal. | Base Amt. | Cert. # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 0 | $282.85 | | | | | | | $282.85 | | COUNTY |
| 2020 | 0 | $1,276.85 | | | | | | | $1,276.85 | | SCHOOL |
| 2021 | 0 | $282.85 | | | | | | | $282.85 | | COUNTY |
| 2021 | 0 | $344.54 | | | | | | | $344.54 | | |
| 2021 | 0 | $1,275.91 | | | | | | | $1,275.91 | | SCHOOL |

**Comments:**
BK: NO  FUNDS: CERT  TAXSALE: NO  ALL PRIORS PD THRU 2019 COUNTY & SCHOOL, 2020 BORO
2020 CNTY & SCHOOL TAXES MUST BE PD BY 09/25/22 TO  AVOID PROPERTY LOSS ON 09/26/22
PROPERTY AT RISK OF LOSS EMAIL SENT  PAY TO: WASHINGTON COUNTY TAX CLAIM BUREAU
POSTMARK: NO   SOURCE: RESEARCHER/SL

Order Date: 06/28/2022
Extract Date: 09/02/2022