# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew A. Manges<br>Christina L. Manges<br>                           Debtor(s) | BK NO. 19-22357 GLT<br><br>Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2<br>                           Movant<br>         vs. | Related to Claim No. 14-1 |
| Matthew A. Manges<br>Christina L. Manges<br>                           Debtor(s)<br><br>Ronda J. Winnecour,<br>                           Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 7, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Matthew A. Manges
14 Shady Avenue
Burgettstown, PA 15021

Christina L. Manges
14 Shady Avenue
Burgettstown, PA 15021

Attorney for Debtor(s)
Daniel P. Foster, Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: March 7, 2023

                                            **/s/Brian C. Nicholas Esquire**
                                            Brian C. Nicholas Esquire
                                            Attorney I.D. 317240
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-5366
                                            bnicholas@kmllawgroup.com